UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BARBARA SANCHEZ,                                    CASE NO. 1:21-cv-22589-DFG

Plaintiff,

vs.

ALPHA CHARTER OF EXCELLENCE, INC.,

Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, BARBARA SANCHEZ, ("Plaintiff") and Defendant, ALPHA CHARTER OF EXCELLENCE, INC. ("Defendant") (collectively referred to as the "Parties"), have amicably resolved all issues and hereby jointly stipulate to the dismissal of this action with prejudice. The Parties further agree that each party shall bear his/its own attorney's fees and cost in connection with this action, except as agreed upon by the Parties.

According, the Parties respectfully request that this Honorable Court enter an Order dismissing this action *with prejudice*, with each party to be responsible for payment of their attorney's fees and cost, except as otherwise agreed upon by the Parties.

Respectfully submitted,

/s/: *Elvis J. Adan*
Elvis J. Adan, Esq.
Florida Bar No. 24223
Gallardo Law Office
8492 SW 8th Street
Miami, FL 33144
Telephone: 305-261-7000
Facsimile: 305-261-0088
Email: elvis.adan@gallardolawyers.com